363 A.2d 1127

**THRU–WAY EQUIPMENT COMPANY, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 13, 1976.

Decided Oct. 8, 1976.

Daniel B. Brandschain, Norristown, Stephen Frishberg, Philadelphia, for appellant.

Vincent J. Dopko, Deputy Atty. Gen., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Order affirmed.

JONES, C. J., did not participate in the consideration or decision of this case.